IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY SAPKO, et al., | ) |
| Plaintiffs, | ) Civil Action No. 06-893 |
| v. | ) Judge Cercone |
| | ) Magistrate Judge Caiazza |
| RINGGOLD AREA SCHOOL DISTRICT, et al., | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

On July 11, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On November 14, 2006, the magistrate judge issued a Report (Document No. 11) recommending that the Defendants' Motion to Dismiss (Document No. 5) be denied.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this 8th day of December, 2006, IT IS ORDERED that the Defendants' Motion to Dismiss (**Document No. 5**) is **DENIED**.

The Report and Recommendation of Magistrate Judge Caiazza dated November 14, 2006, is hereby adopted as the opinion of the District Court.

_____
David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
United States Magistrate Judge

Joel S. Sansone, Esquire
Scanlone & Sansone
2300 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219

Susan T. Roberts, Esquire
Peacock, Keller & Ecker
70 East Beau Street
Washington, PA 15301