IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL DIVISION

| | |
|---|---|
| NANCY SAPKO and KATHLEEN M. PITZER,<br><br>    Plaintiffs,<br><br>vs.<br><br>RINGGOLD AREA SCHOOL DISTRICT and DWAYNE HOMA, individually,<br><br>    Defendants. | No. 06 - 0893<br><br>David Stewart Cercone, United States District Judge<br><br>Francis X. Caiazza, Magistrate Judge |

## ORDER OF COURT

AND NOW, this _____ day of October, 2007, upon consideration of Defendants Motion to Quash, it is hereby ORDERED that Plaintiffs' subpoena of Jane Homa is vacated and quashed.

BY THE COURT:

_____
Francis X. Caiazza,
Magistrate Judge