IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY SAPKO, et al., | ) |
| | ) |
| Plaintiff, | ) 2:06cv893 |
| | ) Electronic Filing |
| v. | ) |
| | ) Judge Cercone |
| | ) Magistrate Judge Caiazza |
| RINGGOLD AREA SCHOOL DISTRICT, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On July 11, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrate's Act, 28 U.S.C. §§ 626(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On May 14, 2008, the magistrate judge issued a Report and Recommendation (Document No. 33) recommending that Defendant Ringgold Area School District's Motion for Summary Judgment (Document No. 26) be granted in part and denied in part to the extent described in the Report.

Service of the Report and Recommendation was made, and neither party filed objections.

AND NOW, on this 9Th day of June, 2008, IT IS HEREBY ORDERED that Defendant Ringgold's Motion for Summary Judgment (Document No. 26) is granted in part and denied in part to the

extent described in the magistrate judge's Report and Recommendation, which is adopted as the opinion of the District Court.

                                                /s/ DS Cercone
                                                David Stewart Cercone
                                                United States District Judge

cc:   Honorable Francis X. Caiazza
      United States Magistrate Judge

      Joel S. Sansone, Esquire
      Scanlon & Sansone
      428 Forbes Avenue
      2300 Lawyers Building
      Pittsburgh, PA 15219

      Susan T. Roberts, Esquire
      Peacock, Keller & Ecker
      70 East Beau Street
      Washington, PA 15301